**Clyde E. HARPER, Plaintiff–Appellant**

v.

**Judge COFFEY; Prosecutor Retelsdorf, of Douglas County, Defendants–Appellees.**

No. 15–2931.

United States Court of Appeals, Eighth Circuit.

Submitted: March 7, 2016.

Filed: March 9, 2016.

Clyde E. Harper, Tecumseh, NE, pro se.

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Clyde E. Harper appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint seeking postconviction access to DNA testing of certain evidence used at his state criminal trial. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After carefully reviewing the record and Harper's brief, this court finds no error warranting reversal. *See Dist. Attorney's Office for Third Judicial Dist. v. Osborne,*

557 U.S. 52, 69, 72–75, 129 S.Ct. 2308, 174 L.Ed.2d 38 (2009) (discussing contours of substantive and procedural due process rights related to postconviction access to DNA testing).

The dismissal is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.